UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-80969-BLOOM/Reinhart

SREAM, INC. a California Corporation,
and ROOR INTERNATIONAL BV,
a Foreign Corporation,

        Plaintiffs,

v.

FEDERAL MARKET PLACE, INC.,
a Florida Corporation,

        Defendant.
_____/

## ORDER GRANTING MOTION TO SET ASIDE DISMISSAL AND REINSTATE CASE

**THIS CAUSE** is before the Court upon Plaintiffs' Motion to Set Aside Dismissal and Reinstate Case, ECF No. [9] (the "Motion"). For the reasons that follow, the Motion is granted.

On September 24, 2018, the Court dismissed this matter without prejudice upon Plaintiffs' failure to file a motion for entry of Clerk's default by September 21, 2018. *See* ECF No. [8] ("Dismissal Order"). Following entry of the Court's Dismissal Order, Plaintiffs filed the instant Motion seeking to vacate the dismissal based upon excusable neglect, and a motion for Clerk's default. *See* ECF No. [10].

Pursuant to Rule 60, the Court may grant relief from a judgment or order based upon "mistake, inadvertence, surprise, or excusable neglect." *See* Fed. R. Civ. P. 60(b)(1). "The determination of what constitutes excusable neglect is generally an equitable one, taking into account the totality of the circumstances surrounding the party's omission." *Sloss Indus. Corp. v. Eurisol*, 488 F.3d 922, 934 (11th Cir. 2007). "[F]or purposes of Rule 60(b), 'excusable neglect' is understood to encompass situations in which the failure to comply with a filing

deadline is attributable to negligence." *Pioneer Inv. Servs. Co. v. Brunswick Assocs. Ltd. P'ship*, 507 U.S. 380, 394 (1991).

Upon review, the Court finds that relief under Rule 60(b)(1) is warranted. In the Motion, Plaintiffs assert that due to difficulties with counsel's email system, Plaintiffs did not receive timely notice of the Court's order requiring them to file a motion for entry of Clerk's default.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion, **ECF No. [9]**, is **GRANTED**. The Clerk is directed to **VACATE** the Court's Dismissal Order, **ECF No. [8]**, and to **REOPEN** this case for further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida this 26th day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Federal Market Place, Inc.
c/o Jorge E. Reyes, registered agent
6163 Seven Springs Boulevard
Greenacres, Florida 33463